# UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

Goode,
  Plaintiff
  v.
Murphy, et al.,
  Defendants

Civil No. 3:10-cv-1734 (MRK)

June 16, 2011

*FILED 2011 JUN 20 P 3:11 U.S. DISTRICT COURT NEW HAVEN, CT*

## Declaration for Entry of Default

The Plaintiff, Jason Goode, hereby declares:

I am the plaintiff herein. The complaint was filed in Bridgeport U.S. District Court somewhere between the months of October 31, 2010 and April 6, 2011.

The court files and records herein show that the all Defendants with the exception of Anthony Bruno have all waiver service of summons since April 2011

More than seventy (70) days have elapsed since the issuance of the Initial Review Order and the orders given therein to Defendants.

The Defendants have failed to answer or otherwise defend as to Plaintiff's Complaint, or serve a copy of any answer or any defense which it might have had, upon affiant named herein.

Defendants are not in the military service and are not infants or incompetents.

I declare under the penalty of perjury that the foregoing is true and correct.

*Jason Goode* (signature)

Jason Goode #228240
Northern C.I.
287 Bilten Road
P.O. Box 665
Somers, CT 06071