UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Goode | Civil no. 3:10-cv-01734-(MRK) |
| v. | |
| Murphy et al | June 23, 2011 |

FILED 2011 JUN 27 P 1:42 U.S. DISTRICT COURT NEW HAVEN, CT

## MOTION FOR DEFUALT JUDGMENT

Pro se Plaintiff, named in the above case-caption, respectfully move this court under Rule 55(b) of the Federal Rules of Civil Procedure for a default judgment against defendants named in the pending section for failure to enter an appearance and\or otherwise defend against Plaintiff complaint

This court, on June 21, 2011, granted Plaintiff's [15] Motion for Default Entry 55(a) and as of date of this motion, defendants, by Plaintiff's knowledge, have not entered an appearance and\or provided an Answer to Plaintiff's Complaint to date and since the June 21, 2011 order by this court

1

As noted in this Court's Order (Document Number: 17) of the granting of the Motion for Default Entry, all defendants named in this act with the exception of Anthony Bruno have waived service on 4/14/2011, 4/29/2011 and 4/25/2011 respectively. Slightly prior to and since these dates no defending action or reply have come from defendants.

The defendants, by Plaintiff's knowledge, are not in military service and are not infants or incompetent.

Wherefore, Plaintiff moves that this court and enter a judgment for default on the defendants for reasons provided in the foregoing and that this court grant the relief listed in Plaintiff's complaint and any other relief deem suitable by this Court.

June 23, 2011

By Jason Goode #228240
Northern C.I., P.O. Box 665
Somers, CT 06071

2