UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Goode                    | Civil No. 3:10-cv-01734 (MRK)
v.                       |
Murphy, et al            | November 25, 2011

### PLAINTIFF'S NOTICE AND MOTION TO MODIFY SCHEDULING ORDER AND MOTION FOR CONFERENCE TO BE HEARD ON NON-DISCOVERY DISPUTES INVOLVING DEFENDANTS

On 11-10-11, this court entered and issued to the above-named parties an Order granting a Motion for an extention of time, as the court construed, to Plaintiff.

Though reasonably construed, this is **not** what Plaintiff originally moved the court for on November 1, 2011 which was: PLAINTIFF'S MOTION FOR Pre-trial CONFERENCE to resolve the non-discovery disputes between Plaintiff and Defendants as stated in paragraph 4 of

## PLAINTIFF'S MOTION FOR PRETRIAL CONFERENCE

Defendant Bruno has refused to answer additional requests for religious items, all pertinent to this action, based on his reply dated 10-18-11 and 10-20-11, which states he can not respond to approve or deny such additional request due to the on-going litigation of this action. Furthermore, Plaintiff can not institutionally grieve Defendant's responses because Plaintiff has been officially placed on "grievance restriction" as of November 1, 2011. By Defendant's above-stated refusal, this causes an inability for Plaintiff to incorporate addition claims on an amended complaint, potentially inhibits an amended complaint from being filed and substantially interferes with the entire process of discovery and any prospective discovery. Thus, Plaintiff seeks from the court some form of mediation to resolve the above-described non-compliance from particular Defendant Bruno and his Counsel, since Plaintiff has unsuccessfully attempted so in a correspondence to Attorney General Strom, dated 10-26-11.

In Plaintiff's MOTION FOR PRETRIAL CONFERENCE dated November 1, 2011, Plaintiff attempted to convey to the

court that the entire scheduling order (case Management Plan) was needed, but it construed Plaintiff's Motion for an enlargement of time for 30 days (til 12-30-11 to complete Discovery).

As stated in <u>Plaintiff Motion for Pre-trial conference</u>, there exist additional institutional grievances pending which are related to this action <u>and which Plaintiff needs to incorporate such issues in an amended complaint.</u> All of this will require more time than the current discovery and dispositive motion deadlines are set for. Moreover, there currently exist on-going discovery disputes that which Defendant has been non-responsive to coupled with the aforegoing stated reasons.

Wherefor, Plaintiff respectfully moves this court for a complete modification of the scheduling order and in-court conference to resolve the non-discovery disputes mentioned herein and that which Defendants initiated.

Plaintiff
By: _____
Jason Goode
Northern C.I.
287 Bilton Road
P.O. Box 665
Somers, CT 06071

3

# CERTIFICATION

I hereby certify that a copy of the foregoing was mailed this 25 day of November, 2011 to the following

Steven R. Strom, Ce.Ce.g
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

*Jason Goode*
Jason Goode