UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2011 NOV 28  P 2:59
U.S. DISTRICT COURT
NEW HAVEN, CT

| | |
|---|---|
| Goode | Civil No. 3:10 CV 01734 (MRK) |
| v. | |
| Murphy, et al | November 25, 2011 |

## MOTION FOR AN ORDER TO COMPEL DISCOVERY

Plaintiff moves this Court for an Order pursuant to Rule 37(a) of the Federal Rules of Civil Procedure to compel the Defendants to expeditiously comply and produce the sought discovery request of Rule 34 of the F.R.C.P.

1. On October 11, 2011, Plaintiff mailed his first set of discovery requests consisting of two (2) separate interrogatories addressed to Defendants: Murphy and Haines to Assistant Attorney General Steven Strom to have answered.

1

2. Thirty days (30) had passed since the mailing of that request and subsequently, Plaintiff mailed a letter, dated November 12, 2011, to Attorney Strom in attempts to resolve Defendant's non-responsiveness. See attached letter.

3. As of the date of this Motion, Plaintiff still has not recieved anything, mentioned herein, from Defendants.

4. Currently, the due date for the completion of discovery is 12/30/11.

With the reasons provided above and with those Rules of F.R.C.P., Plaintiff respectfully request that the Court order the Defendant to comply with the discovery requests from Plaintiff.

Plaintiff
By _____
Jason Goode # 228240

## CERTIFICATION

I hereby certify that a copy of the of the foregoing was mailed this 25th day of November, 2011 to

Steven Strom, a.a.g.
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105


*Jason Goode*
Jason Goode

3

<u>Case v. Murphy, et al</u>
3:10-cv-01734 MRK

Northern Correction
Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

November 12, 2011

State of Connecticut
Attorney General
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105

Dear Mr. Strom: I am writing in accordance with Rule (a)(2) of the Federal and Local Rules of Civil Procedure in attempts to resolve this non-compliance regarding a set of discovery request dated: October 11, 2011 and sent on that date, postage-pre-paid, before I move the court to compell the disclosure of these request. These request consisted of three (3) interrogatories addressed to Defendants: Murphy, Marcial and Haines.

Sincerely,
[signature]