UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Goode | Civil no. 3:10 cv 1734 (MRK) |
| v. | |
| Bruno | June 16, 2012 |

FILED 2012 JUN 19 PM 2:3? U.S. DISTRICT COURT NEW HAVEN, CT.

## PLAINTIFF'S MOTION FOR RECONSIDERATION

Plaintiff move this court under Local Rule 7(c) (but without memorandum of law due to Plaintiff's circumstances) to reconsider it Order in denying Plaintiff's Motion To Compel Discovery (82) for the following reasons:

1. On May 13, 2012, Plaintiff mailed the defendant a letter attempting to resolve an apparant discovery dispute, in good faith, over a set of interrogatories dated: April 18, 2012.

2. It is evident through-out Defendant's STATUS REPORT that he NEVER makes any mention of having attempted to confer with the Plaintiff concerning Plaintiff's correspondence dated 5/13/2012 over the unanswered set of interrogatories dated: 4-18-12

3. The Local Rules for the District of Connecticut require that the parties consult with each other prior to bringing a Motion to Compel. Thus, this, the defendant has not done: making a good faith attempt to consult with plaintiff to resolve the dispute.

4. Based on the foregoing noted omission and paragraphs #2 through #4 in Plaintiff's Declaration attached hereto, Plaintiff request to this court that it vacate its order in denying Plaintiff's Motion to Compel and instruct the Defendant to produce the April 18, 2012 interrogatories.

By: [signature]

## CERTIFICATION

I hereby certify that a handwritten copy of the foregoing was mailed this 16th day of June, 2012 to:

Steven R. Strom, AAG
Mackenzie Hall
110 Sherman Street
Hartford, CT 06105

[signature]

2

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| Goode | Civil No. 3:10 CV 1734 (MRK) |
| v. | |
| Bruno | June 16, 2012 |

DECLARATION UNDER PENALTY OF PERJURY OF JASON GOODE IN SUPPORT OF MOTION FOR RECONSIDERATION

I, Jason Goode, being competent to make this declaration and having personal knowledge of the matters stated herein, declares pursuant to 28 U.S.C. § 1746:

1) That I am the pro se plaintiff in Goode v. Bruno, 3:10 CV 1734 (MRK)

2) That, on April 18, 2012, I mailed a set of interrogatories (consisting of two (2)) to the defendant's counsel to have answered.

3) These discovery request were never made to the defendant before, nor has the defendant served to plaintiff the two interrogatories in question in defendant's April 20, 2012 response.

Case 3:10-cv-01734-MRK   Document 88   Filed 06/19/12   Page 4 of 4

4) As deliberately misrepresented in paragraph #3 of Defendant's Status Report, plaintiff's request never consisted of a request for production as falsified by defendants reference to Attachment 2, which a "memorandum of understanding and use agreement for Tarot Cards". Plaintiff's request was that of an interrogatory seeking the reply of if such aforementioned form was a part of Administrative Directive no. 10.8

Pursuant to 28 U.S.C. §1746, I declare under penalty of perjury that all of the foregoing is true and correct to the best of my knowledge and belief.

Executed at Somers, Connecticut on June 16th 2012.

Jason Goode

## CERTIFICATION

I hereby certify that a handwritten copy was mailed ~~to the for this action~~ on this 16th day of June, 2012 to: Steven R. Strom
Assistant Attorney General
110 Sherman Street
Hartford, CT 06106