UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| JASON GOODE, | : | CIV. NO. 3:10-CV-1734 (SRU) |
| | : | |
| v. | : | |
| | : | |
| ANTHONY J. BRUNO | : | JUNE 7, 2018 |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff and Defendant, through counsel, and by stipulation do hereby agree to dismissal of the above-referenced case as to the Defendant, with prejudice, and without costs and fees.

                        PLAINTIFF
                        JASON GOODE

                        BY:  /s/   Alan Neigher
                        Alan Neigher
                        Fed Bar No.ct00134
                        1804 Post Road East
                        Westport, CT  06080
                        Telephone: (203) 259-0599
                        Fax:  (203) 255-2570
                        Email: aneigher41@GMAIL.COM

                        DEFENDANT
                        ANTHONY J. BRUNO

                        GEORGE JEPSEN
                        ATTORNEY GENERAL

                    By:    /s/ Steven R. Strom
                        Steven R. Strom
                        Federal Bar #ct01211
                        Assistant Attorney General
                        110 Sherman Street
                        Hartford, CT  06105
                        Tel:  (860) 808-5450
                        Fax:  (860) 808-5591
                        E-mail:  steven.strom@ct.gov

## CERTIFICATION

I hereby certify that on June 7, 2018 a copy of the foregoing Stipulation of Dismissal was filed electronically. Notice of this filing was sent by e-mail to all parties by operation of the Court's electronic filing system.

*Steven R. Strom*
Steven R. Strom
Federal Bar #ct01211
Assistant Attorney General
