**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| Jason Goode<br><br>vs.<br><br>Anthony J. Bruno | 3:10-cv-01734 (SALM) |

## ORDER RETURNING SUBMISSION

The Clerk has received your Motion for Conference ; however, it is deficient in the area(s) checked below:

(NOTE:   L.R. refers to the Local Rules, District of Connecticut)

1. ☐ L.R.5(c)         ☐ No certificate of service attached to document
                     ☐ Certificate of service fails to list names and addresses of all parties served
                     ☐ Certificate of service is not signed

2. ☐ L.R. CV 5(e)    ☐ Failure to submit document under seal
                     ☐ Sealing envelope not provided
                     ☐ Sealing envelope does not contain case information
                     ☐ Sealing envelope does not contain description of sealed document/motion

3. ☐ L.R.10          ☐ Failure to sign document (original signature)
                     ☐ Failure to double space
                     ☐ Margin is not free of printed matter
                     ☐ Left hand margin is not one inch;
                     ☐ Judge's initials do not appear after the case number
                     ☐ Docket number is missing
                     ☐ Failure to supply federal bar number

4. ☐ L.R. CR 57(b)5  ☐ Failure to submit document under seal
                     ☐ Sealing envelope not provided
                     ☐ Sealing envelope does not contain case information
                     ☐ Sealing envelope does not contain description of sealed document/motion

5. ☐ L.R.83.1(d) bar   Motion to admit pro hac vice must be made by local counsel or member of the

                       of this Court

6. ☒ Other:            Motions shall be filed through counsel who has appearance on case.

The Clerk is hereby ordered to return the above document and to notify counsel of such action.

_____                                _____
June 14, 2018                                       /s/ Sarah A. L. Merriam
Date                                                United States Magistrate Judge

(AGC)