**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

| | |
|---|---|
| **Jason Goode** | |
| vs. | 3:10-cv-01734   (SALM) |
| Anthony J. Bruno | |

**ORDER RETURNING SUBMISSION**

The Clerk has received your Motion to Withdraw Motion ; however, it is deficient in the area(s) checked below:

(NOTE:   L.R. refers to the Local Rules, District of Connecticut)

1.  ☐ L.R.5(c)      ☐No certificate of service attached to document
☐Certificate of service fails to list names and addresses of all parties served
☐Certificate of service is not signed

2.  ☐ L.R. CV 5(e)   ☐Failure to submit document under seal
☐Sealing envelope not provided
☐Sealing envelope does not contain case information
☐Sealing envelope does not contain description of sealed document/motion

3.  ☐ L.R.10      ☐Failure to sign document (original signature)
☐Failure to double space
☐Margin is not free of printed matter
☐Left hand margin is not one inch;
☐Judge's initials do not appear after the case number
☐Docket number is missing
☐Failure to supply federal bar number

4.  ☐L.R. CR 57(b)5 ☐Failure to submit document under seal
☐Sealing envelope not provided
☐Sealing envelope does not contain case information
☐Sealing envelope does not contain description of sealed document/motion

5.  ☐ L.R.83.1(d)   Motion to admit pro hac vice must be made by local counsel or member of the bar

of this Court

6.  ☒ Other:      Motions shall be filed through counsel who has appearance on case. Motion sought to be withdrawn already returned per Order at Doc. #229

The Clerk is hereby ordered to return the above document and to notify counsel of such action.

June 21, 2018                    /s/ Sarah A. L. Merriam
_____          _____
Date                            United States Magistrate Judge