UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Goode,
　Plaintiff　　　　　　　　　　　　Civil no. 3:10 CV 1734 (SAU)

v.

Bruno,
　Defendant　　　　　　　　　　　October 31, 2018

## Plaintiff's Motion for Withdrawl of Motion for Discharge

Pursuant to Rule 7 of the Local Civil Rules of Procedure, plaintiff respectfully moves this court to withdraw his motion for Discharge of pro bono counsel filed with this court on October 16, 2018 for the following reasons:

1. Plaintiff spoke with attorney Naigles who called plaintiff on October 30, 2018 and addressed some of the outstanding issues regarding Plaintiff's religious practice which counsel vowed to expeditiously resolve with opposing counsel Steven R. Strom.

SCANNED at
and Emailed  NCI
10/31/18  by ___  2 pages
date       initials    No.

2. Taking into account that counsel is intending to aim to speak with opposing counsel to resolve these issues, Plaintiff deems it appropriate at this juncture to now withdraw his motion to discharge counsel.

Wherefore, this court should grant this motion.

Plaintiff
Jason Goode

## Certification

I hereby certify that a copy of the foregoing was E-Filed/E-mailed to this Court on this 31st day of October, 2018 and mailed to on this same day:

Attorney Alan Dsighsr          Attorney Steven Strom
1804 Post Road East            Mackenzie Hall
Westport, Connecticut          110 Sherman St.
                               Hartford, Ct 06105

Plaintiff
Jason Goode #228240
NCI, P.O. Box 665, Somers
Ct.